445 A.2d 233

Commonwealth v. Pickert, Appellant.

Submitted June 13, 1980. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.